MARIO L. VALENZUELA, Esq.
Bar # 087247
3875 Eleventh Street
Riverside, California 92501
Ph#: (951) 369-8544
Fax#: (951) 369-3446
E-mail:VNVLaw@aol.com

Attorney for Defendant,
ATHER ALI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.:  ED CR 08-242-SGL |
| Plaintiff, | ) [PROPOSED] ORDER REGARDING<br>) CONDITIONS OF RELEASE |
| vs. | ) |
| HAROON AMIN AND<br>ATHER ALI, | ) |
| Defendants. | ) |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the deadline for Defendant to meet the bond conditions of December 10, 2008, is continued from January 16, 2009 to February 13, 2009.

Dated: Jan. 23, 2009

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge

ORDER RE. CONDITIONS OF RELEASE - 1

ORDER RE. CONDITIONS OF RELEASE - 2